ROVERE, Respondent, v. HIMMEL et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Lee Rovere against Max Himmel and another. No opinion. Application denied, with $10 costs.

RUTLAND LEASING CO. v. BROWN. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by the Rutland Leasing Company against William W. Brown. No opinion. Application denied, with $10 costs. Order signed.

R. & L. CO., Appellant, v. FRAZER, Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by the R. & L. Company against James S. Frazer. H. A. Rubino, of New York City, for appellant. S. H. Evins, of New York City, for respondent.

PER CURIAM. Order modified, by striking out the word "thereto" after the words "supplemental answer," and, as so modified, affirmed, with $10 costs and disbursements to the respondent. Settle order on notice.

SACKIN, Respondent, v. GROSSMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Proceedings supplementary to execution by Bonet Sackin against Philip Grossman. No opinion. Order of the County Court of Kings County reversed, with $10 costs and disbursements, on the ground that the order should have been made by the County Judge, and not by the County Court. Code Civ. Proc. § 2457.

In re ST. PAUL'S PLACE AND WASHINGTON AVE. (Supreme Court, Appellate Division, First Department. April 1, 1915.) In the matter of St. Paul's Place and Washington Avenue. No opinion. Referee's report confirmed; balance due to infants to be paid to their general guardian, when such guardian is duly appointed and has given the security required by law. Settle order on notice.

SALOMON v. COHEN. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Walter J. Salomon against Frances A. H. Cohen. No opinion. Application denied, with $10 costs. Order signed.

SAMUELS, Respondent, v. SAMUELS, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by George Samuels against Mae F. Samuels. No opinion. Motion for stay granted, on condition that defendant perfect her appeal, place the case on the April calendar, and be ready for argument when reached; otherwise, motion denied. See, also, 152 N. Y. Supp. 1141.

SAMUELS, Respondent, v. SAMUELS, Appellant. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) Action by George Samuels against May F. Samuels. No opinion. Order affirmed, by default, with $10 costs and disbursements. See, also, 152 N. Y. Supp. 1141.

SAMUELS, Respondent, v. SOUTHERN PAC. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) Action by Henry Samuels against the Southern Pacific Company. No opinion. Order reversed on argument, with $10 costs and disbursements, and motion denied, with $10 costs.

SANTI AMOROSO FRUIT CO., Respondent, v. CARNEGIE TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by the Santi Amoroso Fruit Company against the Carnegie Trust Company. W. Ward, of New York City, for appellant. R. Malone, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.

SCHAFER v. MAX HELD, Inc. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Celia Schafer against Max Held, Incorporated. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1141.

SCHAFER, Respondent, v. MAX HELD, Inc., Appellant (two cases). (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Celia Schafer against Max Held, Incorporated. W. S. Bennet, of New York City, for appellant. A. A. Silberberg, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed. See, also, 152 N. Y. Supp. 1141.

SCHLIEP, Respondent, v. PERKINS, Appellant. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Action by Louis C. Schliep against Randolph Perkins. G. Roberts, of New York City, for appellant. W. C. Ridgway, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SCHMITZ, Appellant, v. WEITKUS, Respondent. (Supreme Court, Appellate Division, Second Department. March 26, 1915.) Action by Katharina Schmitz against George Weitkus.

PER CURIAM. Order affirmed, with costs. JENKS, P. J., taking no part.

SCHNEIDER, Respondent, v. FARLEY, State Excise Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) Action by Morris Schneider against William W. Farley, as State Commissioner of Excise, etc. No opinion. Motion granted, without costs. See, also, 151 N. Y. Supp. 1143.